United States District Court
Southern District of Texas
**ENTERED**
August 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **James Fuchs, Jr.** | § § § § | |
| *Plaintiff* | § § | |
| v. | § § | **CIVIL ACTION NO. 4:23-cv-02031** |
| **Amazon Web Services, Inc.; Amazon.com Services, LLC; and Turner Construction Company** | § § § § § | |
| *Defendants* | § | |

### ORDER OF DISMISSAL

The Parties' Agreed Stipulation of Dismissal as to Amazon Web Services, Inc. and Amazon.com Services, LLC, is granted. The plaintiff's claims against Amazon Web Services, Inc. and Amazon.com Services, LLC are dismissed with prejudice.

DATED: August 20, 2024

_____
HON. LEE H. ROSENTHAL